UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ILYA LIVIZ and ILYA LIVIZ, JR., <br><br> Plaintiffs, <br><br> v. <br><br> SUPREME JUDICIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS, et al., <br> Defendants. | Miscellaneous Business Docket No. 20-mc-91220-NMG |

**ORDER**

GORTON, J.

On May 11, 2020, pro se litigant Ilya Liviz submitted a complaint accompanied by a motion for leave to proceed in forma pauperis (Docket Entry No. 2) and two emergency motions (Docket Entry Nos. 3, 4). Liviz also includes his minor son as a plaintiff. In his complaint, Liviz purports to bring a claim under the federal Crime Victims' Rights Act, 18 U.S.C. § 3771 against the justices of the Massachusetts Supreme Judicial Court.

This matter has been assigned to the undersigned judge as the Miscellaneous Business Docket judge. That assignment was made pursuant to a June 20, 2019 order by Judge Young providing as follows:

> Ilya Liviz is hereby ENJOINED from filing any further pleadings and from filing any additional or new

claims, cases, complaints, or other documents in this Court, except to effect an appeal of this Order, without first obtaining written approval of a judge of this Court by filing a written petition seeking leave of Court to do so.

In re: Ilya Liviz, MBD No. 19-mc-91049-WGY (D. Mass. June 20, 2019) (Docket Entry No. 20). That order further states:

> The petition must be accompanied by a copy of this Order, together with the papers sought to be filed, and a certification under oath that there is a good-faith basis for their filing. The certification shall also state whether this plaintiff has filed the same or similar papers in any other Court, and if so, identify those filings by name and case number. The Clerk of Court shall accept the documents, mark them received, and forward them for action on the petition to a judge of this Court authorized to act on matters on the Miscellaneous Business Docket of the Court.

Id.

Here, Liviz did not file a written petition seeking leave of court to file a new complaint. Furthermore, he did not file a copy of the June 20, 2019 order of enjoinment or a certification under oath that there is a good-faith basis for his filing.

For the foregoing reasons, Liviz's complaint and motions are hereby STRUCK for failing to comply with the June 20, 2019 order of enjoinment, and this matter is DISMISSED.

So ordered.

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: 6/1/20

2